Submitted on record and briefs November 3, conviction affirmed; unitary assessment vacated; remanded for resentencing December 27, 2000

STATE OF OREGON,
*Respondent,*

*v.*

PATRICIA KATHLEEN BECKER,
*Appellant.*

(C983201CR; CA A105279)

15 P3d 1264

David E. Groom, Public Defender, and Anne Fujita Munsey, Deputy Public Defender, filed the brief for appellant.

Hardy Myers, Attorney General, Michael D. Reynolds, Solicitor General, and Jas. Jeffrey Adams, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

**PER CURIAM**

Defendant pleaded guilty to attempted assault in the second degree. ORS 161.405. The trial court included in the sentence a $500 unitary assessment. Defendant appeals, assigning error to the inclusion of the unitary assessment. According to defendant, the statute that authorizes the imposition of a unitary assessment, ORS 137.290(2)(b), does not apply to attempt crimes. The state concedes error. We accept the concession.

ORS 137.290(2)(b) provides that "[t]he unitary assessment shall include * * * $500 if the crime of conviction is a crime found in ORS chapter 163." Although the crime of second-degree assault is defined in ORS 163.175—and thus may be a "crime found in ORS chapter 163"—the crime of *attempted* second-degree assault is not.

Conviction affirmed; unitary assessment vacated; remanded for resentencing.